Motion Granted; Appeal Dismissed and Memorandum
Opinion filed July 7, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00453-CV

____________

 

DUDLEY D. BAKER, IV., M.D. AND MARLON D. WHITE, M.D.,
P.A. D/B/A BELLADERMAGE, Appellants

 

V.

 

SUSANA KATAKA, Appellee

 



 

On Appeal from the 80th District Court

Harris County, Texas

Trial Court Cause No. 2010-60071

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed April 29, 2011.  On June 24, 2011, appellants
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Frost, Jamison, and
McCally.